BARRY K. BUCHELE, M.D. v. PINEHURST SURGICAL CLINIC, P.A.

No. 300A86

(Filed 4 November 1986)

APPEAL by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, reported at 80 N.C. App. 256, 341 S.E. 2d 772 (1986), affirming in part and reversing in part judgment by *Albright, J.,* filed on 25 January 1985 in Superior Court, MOORE County, and remanding the case for further findings. Heard in the Supreme Court 16 October 1986.

*Joe McLeod and William L. Senter for plaintiff.*

*Van Camp, Gill, Bryan, Webb & Thompson, P.A., by James R. Van Camp and Douglas R. Gill, for defendant.*

PER CURIAM.

As is implicit in the Court of Appeals opinion, the contract in question is not ambiguous. The decision of the Court of Appeals is

Affirmed.